**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Johnny WOODSON, Defendant—
Appellant.**

No. 08–2022.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 13, 2008.

Filed: June 12, 2008.

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Johnny Woodson appeals from the district court's[1] denial of his motion for re-

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

duction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines Manual (U.S.S.G.), which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

Woodson was convicted of distribution of cocaine base and conspiracy to distribute cocaine base. Woodson was sentenced to 360 months on each count, with the sentences to run concurrently. Judgment was entered on October 30,1998. In March 2008 Woodson filed a motion to reduce his sentence pursuant to Amendment 706 and for appointment of counsel. The district court denied the motion and Woodson appeals.

Woodson's sentence was based on a finding that his relevant conduct involved more than 4.5 kilograms of crack, and the new amendment does not apply where more than 4.5 kilograms of crack is involved. *See* U.S.S.G. § 2D1.1(c); *see also United States v. Chucky L. Wanton,* 525 F.3d 621, 622 (8th Cir.2008). Because of the amount of drugs Woodson was involved with, his offense level would not change, his guideline range would not be lowered, and his original sentence is unaffected by the amendments. *See* U.S.S.G. § 1B1.10(a)(2)(B); *see also Wanton,* 525 F.3d at 622. The district court also properly denied Woodson's motion for appointment of counsel.

Accordingly, the district court's order denying relief pursuant to the guideline amendments is summarily affirmed. *See* 8th Cir. R. 47A(a).